BENJAMIN V. KARABAN, Individually and as Administrator of the Estate of VALERIE KARABAN, Deceased, Appellant, v. THOMAS C. MOORE, Respondent.

No opinion. Hagarty, Carswell, Johnston, Adel and Lewis, JJ., concur.